Magistrate Judge

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | NO. CR17-208 |
| v. | |
| CHARLES C. IMUS, | ORDER FOR DISMISSAL |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses the Information in CR17-208 against the defendant, CHARLES C. IMUS.

DATED this 16th day of February, 2018.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

BARBARA J. SIEVERS
Assistant United States Attorney

Leave of court is GRANTED for the filing of the foregoing dismissal.

DATED this 16 day of February, 2018.

UNITED STATES MAGISTRATE JUDGE

ORDER FOR DISMISSAL/CHARLES C. IMUS
CR17-208

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970